**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6735

LEO VINCENT POOLE,

Plaintiff - Appellant,

v.

JACK J. JOINER, Warden Federal Correctional Institution Estill, South Carolina; HUGH J. HURWITZ, Director Federal Correctional Institution Estill, South Carolina; DIRECTOR J. GORDON, Supervisory Correctional Systems Specialist Federal Correction Institution Estill, South Carolina,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Sherri A. Lydon, District Judge.  (6:23-cv-06927-SAL)

Submitted:  January 22, 2026                              Decided:  January 29, 2026

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leo Vincent Poole, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leo Vincent Poole appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice and without leave to amend Poole's complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Poole v. Joiner*, No. 6:23-cv-06927-SAL (D.S.C. Aug. 11, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2